OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 KING STREET, UNIT 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 2, 2015

**Marc P. Niedzielski**
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801



    RE:    **Gordon v. Beckles et al**
             **C.A. No.: 09-637-GMS**

Dear Counsel:

    Pursuant to the Standing Order dated January 8, 2013, the following sealed document(s) are herewith being returned to you:

    D.I. #: 42, 43, 44, 68, 97

    A copy of the signed acknowledgement has been attached for your records.

                                       John A. Cerino
                                       By: _____

I hereby acknowledge receipt of the above mentioned documents on   **APR 1 7 2015**.

                                Signature: _____